**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| SOFIA GONZALEZ-CALEDERON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02922-TLP-cgc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| MARKWAYNE MULLIN, and TRINITY | ) | |
| MINTER, | ) | |
| | ) | |
| Respondents.[1] | ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE,
DIRECTING PETITIONER TO REPLY,
AND DIRECTING CLERK TO MODIFY DOCKET**

Petitioner Sofia Gonzalez-Calderon, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Respondent has already appeared in this case.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the grounds for challenge raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing within **three (3) days** of entry of this Order why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement District Director for the district in which the noncitizen is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The Court therefore respectfully **DIRECTS** the Clerk to terminate all named Respondents other than **Christopher Bullock**.

The Court further **ORDERS** Petitioner to reply to Respondent's return within **three (3) days** after Respondent's responsive filing.  Failure to comply with this requirement may justify the Court dismissing the Petition without further notice.  *See* Fed. R. Civ. P. 41(b).

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 3rd day of August, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

2